UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 11-CV-4099 NJV |
|     Plaintiff, | ORDER RETURNING LETTER TO PLAINTIFF |
| v. | |
| HARRY E. DILLION, et al., | |
|     Defendants. | |

The Court is in receipt of a letter from Plaintiff dated September 8, 2011. Plaintiff is hereby informed that litigation in this Court proceeds in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. Relief cannot be sought in this Court through a letter. Accordingly, the Court hereby returns Plaintiff's letter to her.

IT IS SO ORDERED.

Dated: September 12, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 11-CV-4099 NJV |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HARRY E. DILLON, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 12, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

*Linn Van Meter*

Dated: September 12, 2011

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California