UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 11-CV-4099 NJV |
| Plaintiff, | ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION |
| v. | |
| HARRY E. DILLION, et al., | |
| Defendants. | |

A case management conference was set in this matter for November 29, 2011, at 2:00 p.m. (Docket No. 2.) Plaintiff failed to appear for the conference. Accordingly, Plaintiff is HEREBY ORDERED to show cause why this case should not be dismissed for lack of prosecution. Plaintiff's brief shall be filed no later than December 20, 2011. The matter will be heard at 2:00 p.m. on January 3, 2012, in the courtroom at the Eureka Courthouse at 514 H Street.

Dated: November 30, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 11-CV-4099  NJV |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| HARRY E. DILLON, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 30, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

*Linn Van Meter*

Dated: November 30, 2011

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas