UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION,<br><br>        Plaintiff,<br><br>  v.<br><br>HARRY E. DILLION, et al.,<br><br>        Defendants.<br>_____/ | No. 11-CV-4099 NJV<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION<br>(Doc. 15) |

A case management conference was set in this matter for November 29, 2011, at 2:00 p.m. (Docket No. 2.) Plaintiff failed to appear for the conference. Accordingly, the Court entered an order on November 30, 2011, requiring Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Docket No. 15.) Plaintiff filed her written response on December 2, 2011. (Docket No. 18.) The matter was heard before the Court on January 3, 2012. The Court finds that good cause exists for Plaintiff's failure to appear for the case management conference on November 29, 2011. Accordingly, IT IS HEREBY ORDERED that the order to show cause is DISCHARGED.

Dated: January 4, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION,<br><br>       Plaintiff,<br><br>v.<br><br>HARRY E. DILLON, et al.,<br><br>       Defendants. | No. 11-CV-4099 NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on January 4, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

*Linn Van Meter*

Dated: January 4, 2012

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas