UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 1:11-CV-4099 NJV |
| Plaintiff, | ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS (Doc. 27) |
| v. | |
| HARRY E. DILLION, et al., | |
| Defendants. | |

This is a civil rights action in which Plaintiff is proceeding *pro se*. Pending before the Court is Defendants' motion to dismiss, set for hearing on February 14, 2012. (Docket no. 27.) On January 27, 2012, Plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Rule 41 (a)(1)(A), Federal Rules of Civil Procedure. (Docket no. 32.) The Court has given the parties until February 10, 2012, to provide further briefing on that matter. (Docket no. 36.) Accordingly, the hearing on Defendants' motion to dismiss is HEREBY VACATED pending resolution of Plaintiff's motion for voluntary dismissal.

IT IS SO ORDERED.

Dated: February 6, 2012

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KIM Y. TREVILLION,

    Plaintiff,

v.

HARRY E. DILLON, et al.,

    Defendants.

No. 11-CV-4099 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 6, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

Dated: February 6, 2012

*Linn Van Meter*

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas